UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-0024-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELISEO HERNANDEZ-LORENZO | ORDER TO SEAL |

Upon motion of the Defendant, and for Good Cause shown, it is hereby ORDERED that the motion to seal the proposed sealed motion (Docket Entry 27) is GRANTED and will be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney, Counsel for the Defendant, and the United States Probation Officer.

This  1st  day of August, 2018.

_____
Louise W. Flanagan
United States District Court Judge